UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HARRIS,**

   Plaintiff,

v.                                       **No. 4:23-cv-00693-P**

**THE CMI GROUP INC.,**

   Defendants.

# FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order (ECF No. 21), this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **20th day** of **September 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE